AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| DEANA M. LOVE MOORE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | **CASE NO. 7:12-CV-104-D** |
| Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objections to the Memorandum and Recommendations [D.E. 38] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 32] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 24, 2013,** WITH A COPY TO:

William L. Davis III (via CM/ECF electronic notification)
Elisa Donohoe (via CM/ECF electronic notification)

| | |
|---|---|
| September 24, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |